7/15/2014 https://w3.courtlinklexisnexis.com/cookcounty/FindDock.asp?NCase=2014-m1-128352&SearchType=2&Database=1&case_no=&PLtype=1&sname=secon...





*Division: Civil*

Click on Case Number for Case Information Summary

Name Search Results for: SECOND ROUND

| Case Number | Plaintiff | Defendant | Date Filed |
|---|---|---|---|
| 2014-M1-136601 | SECOND ROUND LP | CLARK JORDON C | 07/08/2014 |
| 2014-M1-129879 | SECOND ROUND LP | MISCH KELLY M | 05/27/2014 |
| 2014-M1-128388 | SECOND ROUND LP | MATIC-DAILEY OLGA | 05/19/2014 |
| 2014-M1-127992 | SECOND ROUND LP | HRISTOVA MILENA V | 05/16/2014 |
| 2014-M1-128035 | SECOND ROUND LP | RICHTER ALLEN L | 05/16/2014 |
| 2014-M1-124023 | SECOND ROUND LP | BELLO FIDELNA | 04/23/2014 |
| 2014-M1-124024 | SECOND ROUND LP | BOAITEY KWAKU | 04/23/2014 |
| 2014-M1-120456 | SECOND ROUND SUB L | ALLEN MATTHEW S | 04/09/2014 |
| 2014-M1-119391 | SECOND ROUND SUB | PETTY DOROTHY | 04/04/2014 |
| 2014-M1-118168 | SECOND ROUND LP | GUTIERREZ MARCUS A | 03/26/2014 |
| 2014-M1-118169 | SECOND ROUND LP | HENRY MICHAEL | 03/26/2014 |
| 2014-M1-118172 | SECOND ROUND LP | NETO LUIS F | 03/26/2014 |
| 2014-M1-118174 | SECOND ROUND SUB | ROGERS AMY | 03/26/2014 |
| 2014-M1-118178 | SECOND ROUND SUB | TATE JOYCE | 03/26/2014 |
| 2014-M1-117513 | SECOND ROUND LP | FRAZIER RUDOLPH B | 03/24/2014 |
| 2014-M1-117640 | SECOND ROUND LP | PAWULA ANDRZEJ | 03/24/2014 |
| 2014-M1-117828 | SECOND ROUND LP | MONCHER FRANTZ | 03/24/2014 |
| 2014-M1-115426 | SECOND ROUND LP | JUNG KYUNG S | 03/17/2014 |
| 2014-M1-106889 | SECOND ROUND LP | BROWN LENITA | 02/05/2014 |
| 2014-M1-106891 | SECOND ROUND LP | DEPEDRO RAYMOND | 02/05/2014 |
| 2014-M1-106894 | SECOND ROUND LP | DIESEL SAMANTHA L | 02/05/2014 |
| 2014-M1-106897 | SECOND ROUND LP | GUERRERO SOCORRO | 02/05/2014 |

| | | | |
|---|---|---|---|
| 2014-M1-106899 | SECOND ROUND LP | SMITH ANTIONETTE | 02/05/2014 |
| 2014-M1-106901 | SECOND ROUND LP | MISIEWICZ ZDZISLAW | 02/05/2014 |
| 2014-M1-106903 | SECOND ROUND LP | KRUKOWSKI CYNTHIA | 02/05/2014 |
| 2014-M1-102181 | SECOND ROUND LP | SANCHEZ AMY | 01/16/2014 |
| 2014-M1-102182 | SECOND ROUND LP | SCOTT AKEEM B | 01/16/2014 |
| 2014-M1-102183 | SECOND ROUND LP | TRAVIS BRIANA L | 01/16/2014 |
| 2013-M1-126214 | SECOND ROUND LP | CHOI BRIAN | 04/30/2013 |
| 2013-M1-126215 | SECOND ROUND LP | LELIS JONATHAN | 04/30/2013 |
| 2013-M1-126216 | SECOND ROUND LP | CHARYTONIK JERRY | 04/30/2013 |
| 2013-M1-126223 | SECOND ROUND L P | CHITEREV ATANAS | 04/30/2013 |
| 2012-M1-153527 | SECOND ROUND LP | STEPHENS EDWARD W | 09/07/2012 |

Start a New Search