

## Dynia & Associates, LLC

1400 E. Touhy Ave
Suite G2
Des Plaines, IL 60018



EXHIBIT
B

| D&A # | Original Creditor | Current Creditor | Original Account # | Current Balance | Settlement Offer |
|---|---|---|---|---|---|
| 1927022 | Synchrony Bank fka GE Capital Retail Bank | Second Round LP | XXXXXXXXXXXX9022 | $2,110.09 | $1,477.06 |

Phone: 773-902-1130 • Toll Free: 1-877-685-5791
Fax: 773-482-6200 • Web: www.dyniallc.com

Hours of Operations: M-Th 8 am – 9 pm CST
Fri 8 am – 5 pm CST
Sat 8 am – 12 pm CST

[BARCODE]
TISHA JACKSON                843

June 30, 2014

Dear TISHA JACKSON:

Your Account has been placed with our office to seek a voluntary resolution with you for the Total Amount Due on your account. Accordingly, if you want to resolve this matter, we are offering an opportunity for you to resolve your Current Balance of $2,110.09 for only $1,477.06!!! (unless it has already been paid). If you cannot pay the amount due today, please call us at 1-877-685-5791 to discuss further arrangements.

This offer shall be considered rescinded upon the removal or recall of your account by our client. Please also note that the current creditor may be different from the original creditor as the debt may have been sold.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

If you dispute the debt, or any part thereof, or request the name and address of the original creditor in writing within the thirty-day period, the law requires our firm to suspend our efforts to collect the debt until we mail the requested information to you.

Our client may provide information to credit bureaus about your account to include in your credit report as allowed by law.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.

REDACTED

***detach below and return in the enclosed envelope with your payment***

1400 E. Touhy Ave
Suite G2
Des Plaines, IL 60018

| D&A# | Current Balance | Settlement Offer |
|---|---|---|
| 1927022 | $2,110.09 | $1,477.06 |

TISHA JACKSON

| We accept the following Or call to make a payment 1-877-685-5791 | | VISA | MC |
|---|---|---|---|
| Card Number | | | Expiration Date |
| Cardholder Zip Code | Last 3 Digits on the BACK of Card | | Verification Code |
| Cardholder's Signature | | | |
| Contact Number | | Payment Amount $ | |

*Please note that a 3% credit card processing fee may be applied to your payment amount.
**We do not accept credit cards in the states of CT, CO, ID, MA, MN, RI, WA, and WI.**

Make your check or money order payable to:
Dynia & Associates, LLC
1400 E. Touhy Ave
Suite G2
Des Plaines, IL 60018

"When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

162